Stanley Earl CORBETT, Jr.,
Plaintiff–Appellant,

v.

Kenneth LASSITER; Mr. Waddell; Mr.
Pulley; Michael Norris; Officer
Brantley; Officer Bixler; Officer
Jones; Jared Welch; Robert Moore;
Sergeant Holley; Officer Alexander;
Timmie Hicks, Defendants–Appellees.

No. 15–7089.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2015.

Decided: Jan. 6, 2016.

Stanley Earl Corbett, Jr., Appellant Pro
Se.

Before NIEMEYER and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Corbett v. Lassiter*, No. 5:14–ct–03264–BO (E.D.N.C. June 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*